**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| AVCO CORPORATION<br>v.<br>APS AVIATION and<br>DANIEL WIRT | **08 C 0314**<br>The Honorable Judge Kennelly<br>Magistrate Judge Soat-Brown |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AVCO CORPORATION

| | |
|---|---|
| NAME (Type or print)<br>    THOMAS C. KOESSL | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Thomas C. Koessl | |
| FIRM<br>    Williams Montgomery & John Ltd. | |
| STREET ADDRESS<br>    20 North Wacker Drive, Suite 2100 | |
| CITY/STATE/ZIP<br>    Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>    6239337 | TELEPHONE NUMBER<br>    (312) 899-5757 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |