**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| AVCO CORPORATION, a Delaware corporation,<br>v.<br>APS AVIATION, LLC, a Michigan limited liability company,<br>and DANIEL WIRT, | **08 C 0314**<br>The Honorable Judge Kennelly<br>Magistrate Judge Soat-Brown |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
AVCO CORPORATION, a Delaware corporation

| | |
|---|---|
| NAME (Type or print)<br>Thomas H. Neuckranz | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Thomas H. Neuckranz | |
| FIRM<br>Williams Montgomery & John Ltd. | |
| STREET ADDRESS<br>20 North Wacker Drive, Suite 2100 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606    (thn@willmont.com) | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>02039206 | TELEPHONE NUMBER<br>312-443-3223 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |