**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| AVCO CORPORATION, a Delaware corporation, v. APS AVIATION, LLC, a Michigan limited liability company, and DANIEL WIRT, | 08 C 0314<br>The Honorable Judge Kennelly<br>Magistrate Judge Soat-Brown |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
AVCO CORPORATION, a Delaware corporation

| |
|---|
| NAME (Type or print)<br>Edward R. Moor, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Edward R. Moor, Jr. |
| FIRM<br>Williams Montgomery & John Ltd. |
| STREET ADDRESS<br>20 North Wacker Drive, Suite 2100 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606   (erm@willmont.com) |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6205169 | 312-899-5767 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐