## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 314 | **DATE** | 1/15/2008 |
| **CASE TITLE** | Avco Corp. vs. APS Aviation, LLC, et al. | | |

**DOCKET ENTRY TEXT**

CORRECTED ORDER: Plaintiff's claims against defendant APS Aviation, LLC are voluntarily dismissed. Based on the disclosures made in open court, the Court finds that diversity jurisdiction exists in this case. For the reasons stated in open court, the Court denies plaintiff's motion for a temporary restraining order. Defendant may proceed with the testing that it anticipated beginning on today's date.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|