IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JAN 1 4 2008

AVCO CORPORATION, a Delaware corporation,
)
)
)
Plaintiff,
)
)
v.
)    Case No.
)
)
APS AVIATION, LLC, a Michigan limited liability company, and DANIEL WIRT,
)
)
)
)
Defendants.
)

JUDGE MATTHEW F. KENNELLY
UNITED STATES DISTRICT COURT
**RECEIVED**
JAN 1 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### EMERGENCY NOTICE OF MOTION

TO:   Douglas B. Wexler, Esq.          Brandt R. Madsen
      Wexler & Associates              Michael S. McGrory
      55 W. Wacker, 9th Floor          Madsen, Farkas & Powen, LLC
      Chicago, Illinois 60601          20 South Clark Street
                                       Suite 1050
                                       Chicago, IL 60603


PLEASE TAKE NOTICE that on the _____ day of January, 2008 at _____ we shall appear before the Honorable _____, or any other judge sitting in _____ stead in Courtroom _____ of the United States District Court for the Northern District of Illinois, Easter Division, Chicago, Illinois and shall then and there present the attached *AVCO CORPORATION'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION*, a copy of which is attached and hereby served upon you.

Respectfully Submitted,

AVCO CORPORATION

By:   s/ Edward R. Moor
      One of its attorneys

Thomas H. Neuckranz, ARDC #: 2039206
Edward R. Moor, ARDC #: 6205169
Thomas C. Koessl, ARDC #: 6239337
Jordon S. Steinway, ARDC#: 6284065
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
Phone: 312.443.3200
Fax:   312.630.8500

## CERTIFICATE OF SERVICE

I, Carolyn A. Meyn, a non-attorney, under penalty of perjury under the laws of the United States of America hereby certify that on January 14, 2008, I electronically filed *AVCO CORPORATION'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION* with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Douglas B. Wexler, Esq. | Brandt R. Madsen |
| Wexler & Associates | Michael S. McGrory |
| 55 W. Wacker, 9th Floor | Madsen, Farkas & Powen, LLC |
| Chicago, Illinois 60601 | 20 South Clark Street |
| | Suite 1050 |
| | Chicago, IL 60603 |

/s/ Carolyn A. Meyn

Document #: 763172