#412

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AVCO CORPORATION, a Delaware corporation,<br><br>           Plaintiff,<br><br>v.<br><br>APS AVIATION, LLC, a Michigan limited liability company, and DANIEL WIRT,<br><br>           Defendants. | Case No. 08 C 0314<br>Judge Kennelly |

## AVCO CORPORATION'S RULE 41 NOTICE OF DISMISSAL

Plaintiff, AVCO CORPORATION ("Avco"), by and through its attorneys, Thomas H. Neuckranz, Thomas C. Koessl and Edward R. Moor of WILLIAMS MONTGOMERY & JOHN LTD., hereby gives notice of the dismissal of its Verified Complaint for Declaratory and Injunctive Relief filed January 14, 2008, pursuant to Fed. R. Civ. P. 41(a)(1).

Respectfully Submitted,

AVCO CORPORATION

By:   s/ Edward R. Moor
       One of its attorneys

Thomas H. Neuckranz, ARDC #: 2039206
Edward R. Moor, ARDC #: 6205169
Thomas C. Koessl, ARDC #: 6239337
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
Phone: 312.443.3200
Fax:   312.630.8500
Document #: 764372