2769600/emm/Document #: 764391　　　　　　　　　　　　　　　　　　　　　　　　#412

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AVCO CORPORATION, a Delaware corporation,<br>　　　　　　　Plaintiff,<br>　　v.<br>APS AVIATION, LLC, a Michigan limited liability company, and DANIEL WIRT,<br>　　　　　　　Defendants. | Case No. 08 C 0314<br>Judge Kennelly |

**NOTICE OF FILING/CERTIFICATE OF SERVICE**
**AVCO CORPORATION'S RULE 41**
**NOTICE OF DISMISSAL**

I hereby certify that on January 28, 2008, I electronically filed the above-titled document(s) using the CM/ECF system which sent notification of such filing to all counsel listed below:

| Douglas B. Wexler, Esq.<br>Wexler & Associates<br>55 W. Wacker, 9th Floor<br>Chicago, Illinois 60601 | Brandt R. Madsen<br>Michael S. McGrory<br>Madsen, Farkas & Powen, LLC<br>20 South Clark Street<br>Suite 1050<br>Chicago, IL 60603 |
|---|---|

By: /s/ Edward R. Moor

Thomas H. Neuckranz, ARDC #: 2039206
Edward R. Moor, ARDC #: 6205169
Thomas C. Koessl, ARDC #: 6239337
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
Phone: 312.443.3200
Fax:　　312.630.8500